UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRIAN FISCHLER, Individually and on
behalf of all other persons similarly
situated,

            Plaintiff,

    v.

VAPOR 4 LIFE HOLDINGS, INC,

            Defendant.

ECF CASE

No.: 1:21-cv-01675-NGG-SJB

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii),

that this matter is dismissed with prejudice, with each party to bear its own fees, costs and

expenses.

Dated:  September 30, 2021
       New York, New York

Douglas B. Lipsky
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

Dated: September __, 2021
       New York, New York

Brian Steinwascher
THOMPSON HINE LLP
335 Madison Avenue, 12th Floor
New York, New York 10017
Brian.Steinwascher@ThompsonHine.com
646.584.9191
*Attorneys for Defendant*

**So Ordered.**

s/Nicholas G. Garaufis

**Hon. Nicholas G. Garaufis**
**Date:** 10/1/21